UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Barry Scott Michaelson,                          Civil 09-2862 MJD/FLN

            Plaintiff,

     v.                                          O R D E R

State of Minnesota, D.O.C.,
et al.,

            Defendants.

_____

        Based upon the Findings of Fact, Conclusions of Law, and Recommendation by

United States Magistrate Judge Franklin L. Noel dated October 27, 2009, all the files

and records, and no objections having been filed to said Report and Recommendation,

        **IT IS HEREBY ORDERED** that:

        1.  Plaintiff's application for leave to proceed in forma pauperis, (Docket No. 2), is

**DENIED**;

        2.  This action is **DISMISSED** pursuant to 28 U.S.C. § 1915A(b)(1);

        3.  Plaintiff is required to pay the unpaid balance of the Court filing fee, namely

the full $350, in the manner prescribed by 28 U.S.C. § 1915(b)(2); and

        4. The dismissal of this action is counted as a "strike" against Plaintiff for

purposes of 28 U.S.C. § 1915(g).


DATED: November 13, 2009.            s/Michael J. Davis
at Minneapolis, Minnesota            CHIEF JUDGE MICHAEL J.  DAVIS
                                      United States District Court